IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In Re:

LAURA M. KRAZMIEN                                  CASE NO. 09-19922-PGH
                                                   CHAPTER 7
                         Debtor(s)

_____/

MOTION FOR RELIEF FROM AUTOMATIC STAY

**Any interested party who fails to file and serve a written response to this motion within fifteen (15) days after the date of service stated in this motion shall, pursuant to Local Rule 4001(c), be deemed to have consented to the entry of an order granting the relief requested in the motion.**

COMES NOW, NATIONAL CITY BANK, by and through its undersigned attorney, moves the Court pursuant to 11 U.S.C., Section 362 (d) and Bankruptcy Rule 4001, for relief from the automatic stay, and states:

1. Debtor(s), LAURA M. KRAZMIEN, filed a Voluntary Petition for Relief under 11 U.S.C., Chapter 7 on May 21, 2009.

2. Prior thereto, on or about September 29, 2005, Debtor(s) herein, entered into a Security Agreement and Certificate of Title with Movant.

3. Movant is the owner and holder of the Security Agreement and Certificate of Title, which constitute a lien in the property described below.

4. A copy of the above referred to documents which each support Movant's security interest are attached hereto and made a part hereof as Movant's Exhibits "A" and "B".

5.  The property, which is the subject of this Motion for Relief from Automatic Stay, is as follows:

**1999 SEA RAY MERCRUISER ID #SERF6874F899**

6.  Debtor(s), LAURA M. KRAZMIEN, have failed to make payments of principal and interest on the aforementioned contract, the said contract is in default for the total balance of $135,405.47 due to the charge off of the account as of March 31, 2009 and a reasonable attorney's fee and a filing fee for the bringing of this motion, which amounts are also secured by the Security Agreement.

7. Movant would allege that the current fair market value of its property is $92,840.00 and so debtor does not have an equity in the property given as security. In making its opinion, Movant relies on its knowledgement of the property with NADA Guides attached hereto and made a part hereof as Exhibit "C".

8.  Movant is entitled to relief from the automatic stay and in support thereof affirmatively states that Movant lacks adequate protection of an interest in property, and the Debtor does not have an equity in such property.

9.  Movant further relies on its Affidavit in Support of Motion for Modification of Stay hereinafter filed.

WHEREFORE, Movant, NATIONAL CITY BANK, prays that this Honorable Court will enter its order terminating, annulling, modifying, or conditioning the automatic stay as it applies to Movant.

/s/Thomasina F. Moore
Law Offices of Daniel C. Consuegra
☐Daniel C. Consuegra/Florida Bar #371300
☐Jennifer A. Sesta/Florida Bar #0966339
☐Laura L. Walker/Florida Bar # 509434
☐Shannon N. Collins/ Florida Bar # 043574
X Thomasina F. Moore/Florida Bar #057990
9204 King Palm Drive
Tampa, Florida 33619-1328
bkfilings@consuegralaw.com
Tel (813) 915-8660
Fax (813) 915-0559
Attorney for Creditor

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing with attachments has been served either by electronic or standard first class mail this 12th day of June, 2009 to LAURA M. KRAZMIEN, 4800 N. CLASSICAL BLVD., DELRAY BEACH, FL 33445; DON PICKETT, ESQUIRE, 325 CLEMATIS STREET, 2ND FLOOR, SUITE B, WEST PALM BEACH, FL 33401; ROBERT C. FURR, TRUSTEE, 2255 GLADES ROAD, SUITE 337W, BOCA RATON, FL 33431; AND UNITED STATES TRUSTEE, 51 SOUTHWEST FIRST AVENUE, SUITE 1204, MIAMI, FL 33130.

      /s/Thomasina F. Moore
      Thomasina F. Moore, Esquire