UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In Re:                                                    Case No: 09-19922-PGH
                                                          Chapter 7
DARYL R. KRAZMIEN, and
LAURA M. KRAZMIEN,

    Debtors.
_____/

## DEBTORS' MOTION TO AVOID JUDICIAL LIEN ON REAL PROPERTY HELD BY CREDITOR, CHASE BANK USA, N.A.

Any interested party who fails to file and serve a written response to this motion within 20 days after the date of service stated in this motion shall, pursuant to Local Rule 9013-1(D)(3)(f), be deemed to have consented to the entry of an order in the form attached to this motion. Any scheduled hearing may then be cancelled.

Any written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court, 1515 N. Flagler Drive, West Palm Beach, FL 33401.

The Debtors, DARYL R. KRAZMIEN and LAURA M. KRAZMIEN, by and through their undersigned attorney, file this Motion to Avoid Judicial Lien on Real Property Held by Creditor, CHASE BANK USA, N.A., pursuant to 11 U.S.C. Section 522, and would show:

   1.  The Debtors filed a Voluntary Petition under Chapter 7 on May 21, 2009.

   2.  The Debtors own real property located at 4800 N. Classical Blvd., Delray Beach, Florida 33445, which is legally described as:

       Lot 146, of WinterPlace P.U.D., according to the Plat thereof, as recorded in Plat Book 89, Page 179, of the Public Records of Palm Beach County, Florida.

   3.  Said property is the homestead property of the Debtors who, at all times relevant hereto, resided in said property. The property was listed as homestead property on the Debtors'

Page 1 of 3

In Re: Daryl R. Krazmien and Laura M. Krazmien
Case #09-19922-PGH
Debtors' Motion to Avoid Judicial Lien on Real Property Held by Creditor, Chase Bank USA, N.A.

schedules and was claimed exempt under Fl. Const. Art. 10 §4 on Schedule "C".

4. CHASE BANK USA, N.A., is an unsecured creditor of the Debtors. Said creditor obtained a Final Judgment (by Default) against Debtor, DARYL KRAZMIEN, on September 16, 2008, which when recorded in the Public Records of Palm Beach County, Florida became a lien on the Debtors' homestead property. A copy of the Default Final Judgment reflecting the Official Record Book and Page Number is attached hereto as Exhibit "A".

5. CHASE BANK USA, N.A. did not object to the Debtors' claimed exemptions pursuant to the deadline outlined in the Notice of Chapter 7 Bankruptcy Case. The Trustee did not object to the Debtors' exempt property.

6. As no party in interest has objected to the Debtors' claimed homestead exemption, it is deemed allowed under Bankruptcy Rule 4003(d).

7. The judicial lien impairs an exemption to which the Debtors would be entitled to under 11 U.S.C., Section 522(b) and Article 10, §4 of the Florida Constitution.

8. Debtors will not receive a complete discharge of the dischargeable obligation owed CHASE BANK USA, N.A., as the Final Judgment recorded in the official records remains as a cloud on the title of the Debtors' real property.

9. Debtors are entitled to have said lien avoided pursuant to 11 U.S.C. §522(f).

10. Attached hereto as Exhibit "B" is a copy of the Debtors' proposed Order Granting Debtors' Motion to Avoid Judicial Lien on Real Property Held by Creditor, Chase Bank USA, N.A.

WHEREFORE, the Debtors, DARYL R. KRAZMIEN and LAURA M. KRAZMIEN,

In Re: Daryl R. Krazmien and Laura M. Krazmien
Case #09-19922-PGH
Debtors' Motion to Avoid Judicial Lien on Real Property Held by Creditor, Chase Bank USA, N.A.

respectfully pray for the entry of an order declaring the judicial lien on their homestead property held by creditor, CHASE BANK USA, N.A., be voided and removed as a lien from the Debtors' homestead property.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

I HEREBY CERTIFY that a true copy of the foregoing has been furnished either by electronic mail or by U.S. Mail this ____ day of August, 2009, to: JPMORGANCHASE-LEGAL DEPARTMENT, Attorney for Creditor, 1191 E. Newport Center Drive, #101, Deerfield Beach, FL 33442; ROBERT C. FURR, ESQ., Chapter 7 Trustee, 2255 Glades Road, Suite 337W, Boca Raton, FL 33431; U.S. TRUSTEE'S OFFICE, 51 S.W. 1st Avenue, Room #1204, Miami, FL 33130; and DARYL R. KRAZMIEN and LAURA M. KRAZMIEN, 4800 N. Classical Blvd., Delray Beach, FL 33445.

_____
DON PICKETT, ESQUIRE
Attorney for Debtors
PICKETT, MARSHALL & ROZENSON, P.A.
325 Clematis Street, 2nd Floor - Suite B
West Palm Beach, FL 33401
Telephone: (561) 655-7383
Facsimile: (561) 659-5155
FLORIDA BAR #253006

a:\db-bkc#3\krazmien\m-avoid-jud.lien

Page 3 of 3

IN THE CIRCUIT COURT
IN AND FOR PALM BEACH COUNTY, STATE OF FLORIDA

CHASE BANK USA, N.A.,

    Plaintiff,

vs.

DARYL KRAZMIEN,

    Defendant(s).

502008CA013814xxxxMB
Case No. 08-CA-013814

## FINAL JUDGMENT

This cause having come before the Court on the Plaintiff's Motion for Final Judgment by Default, and the court having reviewed the Motion and being advised in the premises, it is

ORDERED and ADJUDGED that Plaintiff, CHASE BANK USA, N.A., recover from Defendant(s), Daryl Krazmien, the sum of $16,966.06 on principal, plus prejudgment interest of $557.32 and costs of $276.00, making a total judgment award of $17,799.38 that shall bear interest at the rate of 11% per year, for all of which let execution issue.

ORDERED and ADJUDGED in Palm Beach County, Florida, on _Sept 16, 2008_,

2008.

                                         JUDGE

Conformed copies to:
JPMorganChase-Legal Department, 1191 East Newport Center Drive, Suite 101, Deerfield Beach, FL 33442
Daryl Krazmien, 4800 N Classical Blvd, Delray Beach, FL 33445
Plaintiff's Address: 200 White Clay Center Drive Newark, DE 19711

EXHIBIT "A"

CFN 20080349369, OR BK 22870 PG 484, RECORDED 09/22/2008 16:46:53
Sharon R. Bock, CLERK & COMPTROLLER, Palm Beach County, NUM OF PAGES 1

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In Re:                                                                  Case No: 09-19922-PGH
                                                                              Chapter 7
DARYL R. KRAZMIEN, and
LAURA M. KRAZMIEN,

      Debtors.
_____/

### ORDER GRANTING DEBTORS' MOTION TO AVOID JUDICIAL LIEN ON REAL PROPERTY HELD BY CREDITOR, CHASE BANK USA, N.A.

THIS MATTER came before the Court on the Debtors' Motion to Avoid Judicial Lien on Real Property Held by Creditor, Chase Bank USA, N.A., and the Debtors' Certificate of No Response. This Court having considered the Motion and being otherwise duly advised in the premises, it is hereby;

ORDERED AND ADJUDGED as follows:

1.     The Debtors' Motion to Avoid Judicial Lien on Real Property Held by Creditor, Chase Bank USA, N.A. is hereby GRANTED.

Page 1 of 2



In Re: Daryl R. Krazmien and Laura M. Krazmien
Case #09-19922-PGH
Order Granting Debtors' Motion to Avoid Judicial Lien on Real Property Held by Creditor, Chase Bank USA, N.A.

2.      The judicial lien held by CHASE BANK USA, N.A. is hereby declared to be void and is removed from the Debtors' homestead property located at 4800 N. Classical Blvd., Delray Beach, Florida 33445, which is legally described as:

> Lot 146, of WinterPlace P.U.D., according to the Plat thereof, as recorded in Plat Book 89, Page 179, of the Public Records of Palm Beach County, Florida.

###

Copies to:

DON PICKETT, ESQ., Attorney for Debtors, 325 Clematis Street, 2nd Floor - Suite B, West Palm Beach, FL 33401

JPMORGANCHASE-LEGAL DEPARTMENT, Attorney for Creditor, Chase Bank USA, N.A., 1191 E. Newport Center Drive, #101, Deerfield Beach, FL 33442

ROBERT C. FURR, ESQ., Trustee, 2255 Glades Road, Suite 337W, Boca Raton, FL 33431

U.S. TRUSTEE'S OFFICE, 51 S.W. 1st Avenue, Room #1204, Miami, FL 33130

DARYL R. KRAZMIEN and LAURA M. KRAZMIEN, Debtors, 4800 N. Classical Blvd., Delray Beach, FL 33445

a:\db-bkc#3\krazmien\o-avoid-jud.lien